IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JANE DOE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:22-cv-00401- CEA-DCP |
| | ) | | |
| THE DIOCESE OF KNOXVILLE, | ) | | |
| ANTONY PUNNACKAL and | ) | | |
| CARMELITES OF MARY | ) | | |
| IMMACULATE, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JOINT STATUS REPORT

Pursuant to the Court's March 3, 2023 Order staying this action, this is a Joint Status Report filed by all parties of record regarding the status of Defendant Antony Punnackal's ("Defendant Punnackal") criminal matter pending in Sevier County Criminal Court.

The trial in Defendant Punnackal's criminal matter was set to begin on September 7, 2023. Due to the unavailability of necessary witnesses, the trial was continued, and it is currently scheduled to begin on November 15, 2023.

Therefore, due to the continued pendency of Defendant Punnackal's state criminal matter, the current stay in this action pursuant to 18 U.S.C.A § 1595(b)(1) is still necessary.

Respectfully submitted, this the __2nd__ day of October, 2023.

    s/Andrew Fels
Andrew Fels, BPR #036005
3214 Fountain Park Blvd.
Knoxville, TN 37917
865-567-4881
andrewchristianfels@gmail.com

   s/Rachel Bonano
Rachel Bonano, BPR #030458
Law Office of Rachel Bonano, PLLC
10700 Virginia Pine Way, Suite 203
Knoxville, Tennessee 37932
Tel. (865) 282-5309
Fax (865) 251-5383
rbonano@bonanolaw.com
*Attorneys for Plaintiff Jane Doe*


   s/Andrew M. Hale
Edward G. Phillips (BPR# 006147)
Andrew M. Hale (BPR#036815)
**KRAMER RAYSON LLP**
800 S. Gay Street, Suite 2500
Knoxville, Tennessee 37929
(865) 525-5134
ephillips@kramer-rayson.com
ahale@kramer-rayson.com
*Attorneys for Defendant*
*the Diocese of Knoxville*


   s/Travis D. McCarter
Travis D. McCarter (BRP# 029293)
**GREEN WATERS OGLE MCCARTER**
117 Court Ave.
Sevierville, Tennessee 37862
(865) 429-3600
travis@gwofirm.com
*Attorney for Defendant Antony Punnackal*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this the __2nd__ day of October, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties who have not yet had counsel make an appearance will be served by regular U.S. Mail to the following addresses:

    Carmelites of Mary Immaculate
    c/o Fr. Sebastian Thekikeclathu
    862 Manhattan Avenue
    Brooklyn, New York 11222

               _s/Andrew M. Hale_
               Andrew M. Hale (BPR#036815)