UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANE DOE, | ) |
|     *Plaintiff*, | ) Case No. 3:22-cv-401 |
| v. | ) Judge Atchley |
| DIOCESE OF KNOXVILLE, *et al.*, | ) Magistrate Judge Poplin |
|     *Defendants*. | ) |

## ORDER

Before the Court is the Joint Status Report [Doc. 27], filed by all parties to this action. This matter was stayed pending adjudication of a criminal action against Defendant Antony Punnackal in Sevier County Criminal Court. The parties agree that this criminal action has been finally adjudicated and that a stay of the instant case is no longer appropriate. They ask the Court to lift the stay and set a scheduling conference.

The Court agrees that a stay is no longer necessary and it is therefore **LIFTED**. The record suggests that Defendants have been served in this action, [Docs. 9, 10 & 1],[1] but responsive pleadings have not been filed. Accordingly, a scheduling conference will not be set at this time. The parties are **REMINDED** of the obligations set forth in the Court's Order Governing Motions to Dismiss [Doc. 5], as well as the provisions of Local Rules 7.1(a) and 12.1(a).

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court makes no findings as to the sufficiency of service.